TIMOTHY ANDERSON et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted April 6, 2009; decided June 4, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DANIELLE JOY K., a Child Alleged to be Permanently Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; STACY K., Appellant.

Submitted April 27, 2009; decided June 4, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of the Adoption of JOHN DOE, an Infant. LMB, Respondent; ERJ, Appellant.

Submitted June 1, 2009; decided June 4, 2009

Motion by James Ching, Esq. for leave to appear amicus curiae on the appeal herein denied.